1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169
7
   Attorneys for Respondents
8

**FILED**

DEC 21 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   SURESH LAL,                        )    No. C 05-4090-MJJ
13                                    )
              Petitioner,             )
14                                    )    **STIPULATION TO A BRIEFING
       v.                             )    SCHEDULE; AND [PROPOSED] ORDER**
15                                    )
   MICHAEL CHERTOFF, Secretary of the )
16 Department of Homeland Security;   )
   DAVID STILL, BCIS Director; and    )
17 ALBERTO GONZALES, Attorney         )
   General of the United States,      )
18                                    )
              Respondents.            )
19 _____)

20     Petitioner, by and through his attorney of record, and respondents, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing

22 schedule:

23
       Respondents' Return to Habeas Petition due:        January 27, 2006
24
       Petitioner's Response to Respondent's Return due:  February 3, 2006
25
       Hearing:                                           February 28, 2006 at 9:30 a.m.
26

27

28

   STIPULATION TO BRIEFING SCHEDULE; AND [PROPOSED] ORDER
   C-05-4090-MJJ                           1

| | | |
|---|---|---|
| 1 | Date: December 8, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Respondents

Date: December 8, 2005

/s/
ASHWANI BHAKHRI, Esq.
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/21/05

_____
MARTIN J. JENKINS
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Ashwani Bhakhri and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO BRIEFING SCHEDULE; AND [PROPOSED] ORDER
C-05-4090-MJJ                                 2