E-filing

**FILED**

FEB 0 7 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL, | No. C05-04090 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CHERTOFF *et al.*, | |
| Defendants. | |

Pursuant to the parties' stipulation filed December 21, 2005 (Doc. #4), Respondents' Return to Habeas Petition was due January, 27, 2006. To date, Respondents have failed to file a Return. Accordingly, the Court directs Respondents to file a brief showing cause as to why Respondents failed to file a Return. Respondents' brief shall be due within 10 days of the filing date of this order. Further, Respondents shall lodge any proposed Return with the Clerk's Office at the time Respondents file their brief. The hearing set for February 28, 2006, at 9:30 a.m., is VACATED. A new hearing date shall be set following the close of briefing, if necessary.

**IT IS SO ORDERED.**

Dated: 2/7/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE