```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-7169
 7
    Attorneys for Respondents
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SURESH LAL, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DAVID STILL, BCIS Director; and ALBERTO GONZALES, Attorney General of the United States, <br><br> Respondents. | No. C 05-4090-MJJ <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

The respondents, by an through their attorneys of record, and the petitioner, by and through his attorney of record, hereby stipulate to dismissal of the above-captioned case in light of the fact that the United States Immigration and Customs Enforcement (ICE) has agreed to release the petitioner from ICE custody during the pendency of his motion for a stay of removal in *Lal v. Gonzales*, Ninth Circuit Appeal No. 05-77421, on a $10,000 bond and participation in ICE's Intensive Supervision Appearance Program (ISAP).

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS; AND PROPOSED ORDER
C-05-4090-MJJ                                                1

| | |
|---|---|
| Date: February 13, 2006 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>/s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: February 13, 2006 | /s/<br>ASHWANI BHAKHRI, Esq.<br>Attorney for Petitioner |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/15/2006

_____
MARTIN J. JENKINS
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Ashwani Bhakhri have signed this stipulation to dismiss and will produce the original signed copies upon request.

STIPULATION TO DISMISS; AND ~~PROPOSED~~ ORDER
C-05-4090-MJJ                       2